# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| NORA NORTH, | |
| Plaintiff, | Civil Action No. 1:19-cv-10614-JGK |
| -against- | |
| ARS NATIONAL SERVICES, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter my appearance on behalf of Defendant ARS National Services, Inc. in the above-captioned matter.

Respectfully submitted,

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By: /s/Richard J. Perr
Richard J. Perr, Esquire
Two Logan Square
100 N. 18th Street, Suite 701
Philadelphia, PA 19103
(215) 501-7024 (phone)
(215) 405-2973 (fax)
rperr@kdvlaw.com
*Attorney for Defendant,*
*ARS National Services, Inc.*