IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| NORA NORTH, | : |
| Plaintiff, | : |
| | : Civil Action No. 1:19-cv-10614-JGK |
| -against- | : |
| ARS NATIONAL SERVICES, INC., | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Richard J. Perr, Esquire, hereby certify that a true and correct copy of my Notice of Appearance on behalf of Defendant ARS National Services, Inc. was served upon all Counsel listed below via electronic service of the Court.

Brian L. Bromberg, Esquire
Bromberg Law Office, P.C.
26 Broadway, 27th Floor
New York, NY 10004
*Counsel for Plaintiff*

**KAUFMAN DOLOWICH & VOLUCK, LLP**

*/s/Richard J. Perr*
Richard J. Perr, Esquire
Two Logan Square
100 N. 18th Street, Suite 701
Philadelphia, PA 19103
(215) 501-7024 (phone)
(215) 405-2973 (fax)
rperr@kdvlaw.com
*Attorney for Defendant,*
*ARS National Services, Inc.*

Dated: December 17, 2019