# Bromberg Law Office, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)
Joshua Tarrant-Windt, Associate (Admitted in NY)

26 Broadway, 27th Floor
New York, NY 10004
Phone: (212) 248-7906
Fax: (212) 248-7908

February 21, 2020

Via ECF
Honorable Barbara Moses, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

Barbara Moses, U.S.M.J.
2/21/20

Re: *North v. ARS National Services, Inc.*, Case No. 19-CV-10614 (JGK)

Dear Judge Moses:

My office represents the plaintiff, Nora North, in the above-referenced case. I am writing jointly with defendant, ARS National Services, Inc., to respectfully request an adjournment of the settlement conference scheduled for February 24, 2020.

Pursuant to Your Honor's January 28, 2020 Order, the parties have been engaging in good faith settlement negotiations and have reached an in-principle settlement. The parties need additional time to finalize the terms of the agreement but, given the status of negotiations, the parties do not believe that a settlement conference is necessary at this time. We therefore respectfully request an adjournment of the settlement conference.

Respectfully,

/s/ Joshua Tarrant-Windt
    Joshua Tarrant-Windt

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/20